UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA,

v.

*Edward Gutierrez*

Defendant

CASE NUMBER: L-09-MJ-992

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

x *[signature]*
DEFENDANT

4-21-09
DATE

Respectfully submitted,

*[signature]*
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the 21st day of April, 2009.

*[signature]*
ATTORNEY FOR DEFENDANT