## J. SCOTT HACKER,
United States Magistrate Judge, Presiding

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

APR 2 1 2009  CLR

Michael N. Milby, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Debbie Flores | Open | 9:00 AM |
| Court Reporter | Veronica Cantu, ERO | Adjourn | 9:20 AM |
| Court Interpreter | Ana Caddess/Ana Koency, not used | | |
| U.S. Pretrial | Odyssa Villarreal | | |
| U.S. Marshal | Martin Gomez/Alonzo Salinas | | |

DATE: **April 21, 2008**

Docket No. 5:09-mj-992-1

| | | |
|---|---|---|
| United States of America | § | Homero Ramirez, AUSA |
| vs | § | |
| **Edward Gutierrez, Defendant** | § | AFPD Paul Saenz (on-duty), Deft's Atty |

### Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Criminal Complaint**.

✔ Dft's first appearance. Dft. Advised of charges and rights.

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant requests appointed counsel.

✔ Federal Public Defender, appointed.

  Private attorney, appointed: . (Not present in courtroom)

✔ No bond set.

✔ Preliminary Examination and Detention Hearing set before Magistrate Judge Saldana on 04/28/2009 at 10:00 AM.

  Dft. advised Court of **medical condition**(s) or need(s):

✔ Dft. **remanded** to the custody of U.S. Marshals.

✔ Material Witness:
    Refugio Lopez Cossileon

/df